CLOSED

**U.S. District Court**
**District of Kansas (Kansas City)**
**CIVIL DOCKET FOR CASE #: 2:08-cv-02082-KHV-GLR**

Lassey v. Davol, Inc. et al
Assigned to: Chief Judge Kathryn H. Vratil
Referred to: Magistrate Judge Gerald L. Rushfelt
Cause: 28:1332 Diversity-Product Liability

Date Filed: 02/20/2008
Date Terminated: 04/18/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Ruth Anne Lassey** represented by **Derek H. Potts**
The Potts Law Firm, LLC
715 May Street
Suite 100
Kansas City, MO 64105
816-931-2230
Fax: 816-931-7030
Email: dpotts@potts-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey M. Kuntz**
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1100
Fax: 816-531-2372
Email: jkuntz@wcllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P. Cartmell**
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1100
Fax: 816-531-2372
Email: tcartmell@wcllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy L. Sifers**

Potts Law Firm, LLC
715 May St., Suite #100
Kansas City, MO 64105
816-931-2230
Fax: 816-931-7030
Email: tsifers@potts-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**
*a Delaware corporation*

**Defendant**

**C.R. Bard, Inc.**
*a New Jersey corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2008 | 1 | COMPLAINT (No Summons Issued) with trial location of Kansas City, Kansas, filed by Ruth Anne Lassey.(kao) (Entered: 02/20/2008) |
| 02/20/2008 | | FILING FEE PAID: In the amount of $350.00, receipt number K4631011688. (kao) (Entered: 02/20/2008) |
| 04/08/2008 | 2 | WAIVER OF SERVICE Returned Executed by Ruth Anne Lassey. Davol, Inc. waiver sent on 3/27/2008, answer due 5/27/2008; C.R. Bard, Inc. waiver sent on 3/27/2008, answer due 5/27/2008. (Kuntz, Jeffrey) (Entered: 04/08/2008) |
| 04/18/2008 | 3 | CONDITIONAL TRANSFER ORDER: Case transferred to the District of Rhode Island (CTO-16) (mm) (Entered: 04/18/2008) |
| 04/18/2008 | 4 | Letter to District of Rhode Island regarding transfer of case pursuant to (CTO-16) (mm) (Entered: 04/18/2008) |
| 04/18/2008 | | ***Civil Case Terminated. (mm) (Entered: 04/18/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/22/2008 10:10:01 | | | |
| PACER Login: | us6061 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:08-cv-02082-KHV-GLR |
| Billable Pages: | 1 | Cost: | 0.08 |